■ In the Matter of JUNE GARCIA, Appellant, v BOARD OF EDUCATION OF NEWBURGH CENTRAL SCHOOL DISTRICT et al., Respondents.—Appeal by the petitioner from an order and judgment (one paper) of the Supreme Court, Orange County, entered April 27, 1987.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Green in his memorandum decision at the Supreme Court *(see also, Matter of Garcia v Board of Educ.,* 100 AD2d 967, *appeal dismissed* 63 NY2d 769).* Mangano, J. P., Brown, Lawrence and Harwood, JJ., concur.